# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 16, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

161500(46)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v                                                        SC: 161500
                                                         COA: 346834
                                                         Ingham CC: 17-001067-FC
WILBERT EDMOND,
        Defendant-Appellant.
_____/

On order of the Chief Justice, the motion of defendant-appellant to extend the time for filing his reply is GRANTED. The reply submitted on September 14, 2020, is accepted as timely filed.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 16, 2020


Clerk